PHILLIP A. BAKER, BAR ID #169571
pbaker@bknlawyers.com
DERRICK S. LOWE, BAR ID #267998
dlowe@bknlawyers.com
BAKER, KEENER & NAHRA, LLP
633 West 5th Street, Suite 5500
Los Angeles, California 90071
Telephone: (213) 241-0900/Facsimile: (213) 241-0990

MARCI LERNER MILLER, BAR ID # 162790
marci@milleradvocacy.com
CHRISTINA N. HOFFMAN, BAR ID #161932
choffman@milleradvocacy.com
MILLER ADVOCACY GROUP
1303 Avocado Avenue, Suite 230
Newport Beach, California 92660
Telephone: (949) 706-9734/Facsimile: (949) 266-8069

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Plaintiff J.P. on behalf of her minor son R.P., and all others similarly situated; THE NATIONAL CENTER FOR FAIR & OPEN TESTING; A.K., individually and on behalf of all others similarly situated; R.G. on behalf of her minor son J.G., and all others similarly situated; Plaintiff M.S. on behalf of her minor daughter Z.S., and all others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL TESTING SERVICES (ETS), a New York corporation; THE COLLEGE ENTRANCE EXAMINATION BOARD, a New York Corporation, doing business as THE COLLEGE BOARD; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.:2:20-cv-04502-PSG (PVCx)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO RE-OPEN LITIGATION PURSUANT TO COURT ORDER**<br><br>**[Concurrently filed with Plaintiffs' Memorandum of Points & Authorities to Re-Open Litigation and other supporting Declarations; Proposed Order]**<br><br>**Date:  April 5, 2021**<br>**Time: 1:30 p.m.**<br>**Judge Philip S. Gutierrez**<br>**Courtroom: 6A** |

///

///

899-5656-0001

- 1 -

**PLAINTIFFS' NOTICE OF MOTION TO RE-OPEN LITIGATION**

**TO THE COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 5, 2021 at 1:30 p.m. in Courtroom 6A of the United States District Court (First Street Courthouse), located at 350 W. 1St Street, Los Angeles, CA, Plaintiff, The National Center for Fair & Opening Testing ("FairTest") and the individually named plaintiff students (the "Student Plaintiffs") will and hereby do concurrently submit the Motion to Re-Open Litigation Pursuant to Court Order ("Motion").

The Motion is made following the conference of counsel pursuant to L.R. 7-3 and pursuant to the Court's prior ruling on October 30, 2020 that the case can be re-opened by application of any party. The Motion is brought on the grounds that reopening of this litigation is appropriate in view of the evidence and issues set forth and discussed in the Motion concurrently filed herewith.

The Motion is based upon: (1) this Notice of Motion; (2) the attached Memorandum of Points and Authorities; (3) the supporting declarations and attached exhibits; (4) the pleadings and records on file in this matter; and (5) such oral and documentary evidence as may be offered at the hearing on this Motion.

DATED: February 23, 2021                    BAKER, KEENER & NAHRA, LLP

By   */s/ PHILLIP A. BAKER*
     PHILLIP A. BAKER
     DERRICK S. LOWE
Attorneys for Plaintiffs

MILLER ADVOCACY GROUP

By   */s/ MARCI LERNER MILLER*
     MARCI LERNER MILLER
     CHRISTINA N. HOFFMAN
Attorneys for Plaintiffs