1  PHILLIP A. BAKER, BAR ID #169571
   pbaker@bknlawyers.com
2  DERRICK S. LOWE, BAR ID #267998
   dlowe@bknlawyers.com
3  BAKER, KEENER & NAHRA, LLP
   633 West 5th Street, Suite 5500
4  Los Angeles, California 90071
   Telephone: (213) 241-0900/Facsimile:  (213) 241-0990
5
   MARCI LERNER MILLER, BAR ID # 162790
6  marci@milleradvocacy.com
   CHRISTINA N. HOFFMAN, BAR ID #161932
7  choffman@milleradvocacy.com
   MILLER ADVOCACY GROUP
8  1303 Avocado Avenue, Suite 230
   Newport Beach, California 92660
9  Telephone: (949) 706-9734/Facsimile: (949) 266-8069

10 Attorneys for Plaintiffs

11                  UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Plaintiff J.P. on behalf of her minor son R.P., and all others similarly situated; THE NATIONAL CENTER FOR FAIR & OPEN TESTING; A.K., individually and on behalf of all others similarly situated; R.G. on behalf of her minor son J.G., and all others similarly situated; Plaintiff M.S. on behalf of her minor daughter Z.S., and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EDUCATIONAL TESTING SERVICES (ETS), a New York corporation; THE COLLEGE ENTRANCE EXAMINATION BOARD, a New York Corporation, doing business as THE COLLEGE BOARD; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:2:20-cv-04502-PSG (PVCx)<br><br>**MOTION TO CORRECT DOCKET ITEMS NOS. 34-1 AND 34-9 TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENTS**<br><br>**[Concurrently filed with Plaintiffs' Memorandum of Points & Authorities to Re-Open Litigation; Declaration of Phillip A. Baker and Proposed Order]**<br><br>Date:  April 5, 2021<br>Time: 1:30 p.m.<br>Judge Philip S. Gutierrez<br>Courtroom: 6A |

899-5656-0001

- 1 -

**MOTION TO CORRECT DOCKET ITEMS NOS. 34-1 AND 34-9**

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 23, 2021, The National Center for Fair & Opening Testing and the individually named plaintiff students, collectively the "Plaintiffs," filed their Motion to Re-Open Litigation Pursuant to Court Order (the "Motion"). Within the documents filed in support of the Motion, specifically at pg. 9 of Dkt. 34-1 and pgs. 4-5 of Dkt. 34-9, certain confidential information was presented that should have been redacted but inadvertently was not. Although the Clerk of the Court has placed a temporary seal on these items to prevent disclosure or circulation of confidential information, Plaintiffs seek to promptly and permanently correct this error by replacing the unredacted documents with properly redacted versions.

Thus, in view of the Protective Order implemented in this case [See Dkt. 16, 19], Plaintiffs respectfully request that the Court permit them to correct this error by removing Dkt. 34-1 and Dkt. 34-9 from the ECF system and allowing Plaintiffs to replace them with properly redacted versions, which Plaintiffs are concurrently filing along with the present motion. Plaintiffs are informed and believe that no prejudice will inure to any party as a result of this request, as Defendants in this matter are on notice of this issue and have assisted in correcting this error already.

DATED: February 24, 2021

BAKER, KEENER & NAHRA, LLP

By  /s/ PHILLIP A. BAKER
   PHILLIP A. BAKER
   DERRICK S. LOWE
Attorneys for Plaintiffs

MILLER ADVOCACY GROUP

By  /s/ MARCI LERNER MILLER
   MARCI LERNER MILLER
   CHRISTINA N. HOFFMAN
Attorneys for Plaintiffs

899-5656-0001

MOTION TO CORRECT DOCKET ITEMS NOS. 34-1 AND 34-9